UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

CHAPTER 13 PLAN

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1

IN RE:
Davis D. Childs                                    Case No.: **15-12203**
Cynthia R. Childs

The future earnings of the debtor are submitted to the supervision and control of the court and the debtor (or the debtor's employer) shall pay to the trustee the sum of $702.00 for 60 months.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

    1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

    (A)    Debtor's Counsel Fees: $2,903.00 (to be paid first)
    (B)    Priority Taxes: Trustee to pay the IRS $2,560.00 for 2013 priority taxes. Upon Confirmation, once the Proof of Claim as filed has been paid, the debt is paid in full and all interest and penalties are discharged, to the extent not inconsistent with the discharge provisions set forth in 11 U.S.C. §§ 1328(a)(2), and 523(a).
    (C)    Other Priority or Administrative Expenses: N/A

    2. Pro-rata with paragraph 1(B) and 1(C) above, dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (A)  Long term or mortgage debt – ARREARAGES ONLY to be paid to USDA on the 1st mortgage in the total amount of $14,800.00. Regular monthly payment to be paid directly by debtor to begin 11/28/2015. This section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L. R. 3023-1(b)(ii) and the parties shall be so governed.

    (B)    Secured Vehicle debt (pay-off) – Pro-rata Payments to Chase Auto on the 2005 Dodge Ram 1500 in the total amount of $5,038.80 which represents a pay-off with an interest rate of 4.0%. (Upon final payment, title is to be marked "satisfied" and returned to the debtor(s)). Debtor(s) will maintain insurance on the value of the collateral as the creditor's interest may appear.

    (C)    Secured Vehicle debt (pay-off) – Pro-rata Payments to Del-One on the 2006 Chrysler 300 in the total amount of $12,604.80 which represents a pay-off with an interest rate of 4.0%. (Upon final payment, title is to be marked "satisfied" and returned to the debtor(s)). Debtor(s) will maintain insurance on the value of the collateral as the creditor's interest may appear.

CHAPTER 13 PLAN

IN RE:
Davis D. Childs                                               Case No.: 15-12203
Cynthia R. Childs

    (D)    Other Secured debt – N/A

    3.  Surrender – Secured Collateral to: N/A . Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. §362 is terminated as to the property and any interest in the property.  Claims, if any submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.

    4.  Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly proved and allowed as follows:

    General unsecured creditors may be paid on a pro-rata basis.

    5. (If applicable) The following lease or executory contracts of the debtor will be treated as follows:  N/A

    6.  Except for undistributed payments held by the Trustee, title to the debtor(s) property shall revest in the debtor on confirmation of the Plan.  Upon conversion of this case to Chapter 7, or dismissal the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this plan.

    7.  Other special provisions of the Plan:  N/A

    8.   A proof of claim must be filed in order to share in the distributions under the plan.  A proof of claim may be filed either electronically or as paper.  To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://'www.deb.uscourts.gov) and click on the Programs & Services tab, then select Filing a Claim.  Click on "Submit a Proof of Claim" link and follow the instructions.  Once the necessary information is entered the form will be automatically generated.  To obtain the claim form to file a paper claim go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click the Forms tab.  Select All Forms from the drop down menu, then select B10-Proof of Claim.   Completed paper claims should be delivered to United States Bankruptcy Court, Attn.: Claims, 824 Market Street, Wilmington, Delaware 19801.

        10/16/15                              /s/ Davis D. Childs
Dated: _____                                  _____
                                                         Debtor's Signature

                                                         /s/ Cynthia R. Childs
                                                         _____
                                                         Joint Debtor's Signature

/s/ William F. Jaworski Jr.
_____
WILLIAM F. JAWORSKI JR.
Attorney for Debtor(s)

**PLAN ANALYSIS**

IN RE:
Davis D. Childs                               Case No.: **15-12203**
Cynthia R. Childs

Estimated length of plan:  60 months          Trustee Use

                                                             341 Meeting Date: _____

                                                             Continued: _____

                                                             Confirmed date: _____

**TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES**

| | |
|---|---|
| A. Total Priority Claims  ……………………………………………… | $ |
|    1. Unpaid Attorney Fees ………………………………………………… | $2,903.00 |
|    2. Taxes ……………………………………………………………….. | $2,560.00 |
|    3. Other …………………………………………………………….... | $ |
| B.  Total of Payments to Cure Defaults (Class Two)…………………... | $14,800.00 |
| C.  Total of Payments on Secured Claims (Class Three)……………….. | $17,643.60 |
| D.  Total of Payments on Unsecured Claims (Class Four)…………….. | $ |
| E.  SUBTOTAL………………………………………………………..... | $37,909.60 |
| F.   Total of Trustee's Compensation (10% of Debtors payment)……… | $4,211.84 |
| G.   Total Debt and Administrative Expenses………………………….. | $42,118.44 |

**RECONCILIATION WITH CHAPTER 7**

| | |
|---|---|
| H. INTEREST OF CLASS FOUR CREDITORS IF CHAPTER 7 FILED... | $ |
| 1. Value of Debtor's interest in non-exempt property……………………… | $ |
| 2. Plus: value of property recoverable under avoiding powers…………….. | $ |
| 3. Less: estimated chapter 7 administrative expense……………………… | $ |
| 4. Less: amounts payable to priority creditors other than costs of .          Administration…………………………………………………….. | $ |
| 5. Equals: estimated amount payable to Class 4 creditors if chapter 7         filed (if negative, enter zero)……………………………………….. | $ |
| I.  ESTIMATED DIVIDEND FOR CLASS FOUR UNDER CHAPTER 7.. | $ |
| J. ESTIMATED DIVIDEND UNDER PLAN……………………………… | $ |
| F.   Total of Trustee's Compensation (10% of Debtors payment)………….. | $ |
| G.   Total Debt and Administrative Expenses……………………………… | $ |
| | |

/s/ William F. Jaworski Jr.                          /s/ Davis D. Childs

_____                        _____
WILLIAM F. JAWORSKI, JR.                           DEBTOR
Attorney for Debtor(s)
                                                                 /s/ Cynthia R. Childs

                                                                 _____
                                                                 JOINT DEBTOR